No. 993. JOYCE *v.* STATE BANK OF MADISON. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Minnesota denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *A. M. Joyce, pro se.*

No. 710. WHEAT ET AL. *v.* TEXAS LAND & MORTGAGE Co., LTD. ET AL. May 17, 1943. Petition for writ of certiorari to the Supreme Court of Texas denied. *J. B. Wheat, pro se.*

No. 884. STIMSON ET AL. *v.* TARRANT ET AL. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. M. S. Gunn, Bradford M. Melvin,* and *Harold C. Faulkner* for petitioners. *Mr. Geo. E. Hurd* for respondents.